# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

158102 & (52)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

LARICCA SEMINTA MATHEWS,
      Defendant-Appellee.
_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 158102
COA: 339079
Oakland CC: 2016-260482-FC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 22, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order, addressing whether the warnings provided to the defendant prior to custodial interrogation "reasonably convey[ed]," *Florida v Powell*, 559 US 50, 60 (2010), to her the "right to consult with a lawyer and to have the lawyer with [her] during interrogation," as required by *Miranda v Arizona*, 384 US 436, 471 (1966). In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



a1017

Clerk